# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BRIAN PARNELL, TROY CONNELLY, TAVEREN ROBINSON, SIMEON BOZIC, INDIVIDUALLY AND ON BEHALF OF ALL OTHER INMATES OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS SIMILARLY SITUATED, | : | No. 15 WM 2016 |
| Petitioners | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF GREENE COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.